IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.  NO. 04-20388-Ma

JAMES C. MOORE,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's May 6, 2005 motion to continue the sentencing hearing. For good cause shown, the motion is granted. The sentencing of defendant James C. Moore is **reset to Wednesday, June 15, 2005 at 1:30 p.m.**

It is so ORDERED this 11th day of May, 2005.

    SAMUEL H. MAYS, JR.
    UNITED STATES DISTRICT JUDGE

document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CR-20388 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Honorable Samuel Mays
US DISTRICT COURT