IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 04-20388-Ma

JAMES C. MOORE,

    Defendant.

ORDER RESETTING SENTENCING DATE

Before the court is the defendant's October 17, 2005, motion to reset the sentencing of James C. Moore, which is presently set for October 21, 2005. For good cause shown, the motion is granted. The sentencing of defendant James C. Moore is **reset to Thursday, November 17, 2005, at 9:00 a.m.**

It is so ORDERED this 19th day of October, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:04-CR-20388 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT